Mitchell *vs*. The State of Georgia.

---

*DENNIS MITCHELL, plaintiff in error, *vs*. THE STATE OF GEORGIA, defendant in error.

H. N. HAMILTON, plaintiff in error, *vs*. WILLIAM R. PHILLIPS, Jr., defendant in error.

JAMES HARRELL, plaintiff in error, *vs*. FLANEGAN, ABELL & COMPANY, defendants in error. .

McLENDON & STEPHENSON, plaintiffs in error, *vs*. MILTON J. DANIEL, defendant in error.

Where the evidence is conflicting and the court below refuses a new trial, and no error of law is complained of in the charge, this court will not interfere.

---

* No reports or opinions are published in this and the following cases, in accordance with the provisions of act of March 2d, 1875.